**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MOHAMMED AL-ADAHI, <u>et</u> <u>al.</u>, : | |
| : | |
| Petitioners, : | |
| : | |
| v. : | Civil Action No. 05-280 (GK) |
| : | |
| BARACK H. OBAMA, <u>et</u> <u>al.</u>,[1] : | |
| : | |
| Respondents. : | |

## ORDER

Petitioners Mohammad Ali Abdullah Bawazir (ISN 440) and Zahir Omar Khamis Bin Hamdoon (ISN 576) have been detained at the United States Naval Base at Guantanamo Bay, Cuba, since shortly after the terrorist attacks of September 11, 2001. They both have habeas corpus petitions pending before the Court. Petitioners bring this action against Respondents in order to enjoin certain treatment that they are undergoing as a result of the voluntary hunger strikes they have undertaken to protest their lengthy detentions without judicial scrutiny of the legality of such detentions.

The matter is before the Court on Petitioners' Renewed Emergency Motion for Injunction Against Further Torture of Mohammed Bawazir ("Renewed Emergency Mot.") [Dkt. No. 234].[2] Upon

---

[1] Former President George W. Bush was named as the original lead respondent in this case. Pursuant to Federal Rule of Civil Procedure 25(d), the Court automatically substitutes his successor, President Barack H. Obama, as the new lead respondent.

[2] On January 22, 2009, Petitioner Hamdoon requested [Dkt. No. 258] to Join Petitioner Bawazir's Motion, and the request was
(continued...)

consideration of the Motion, Opposition, Reply, supplemental filings, oral argument, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, Petitioners' Renewed Emergency Motion is **denied.**

February 10, 2009                    /s/_____
                                     Gladys Kessler
                                     United States District Judge

**Copies via ECF to all counsel of record**

---

[2](...continued)
granted.  See Minute Order, Jan. 26, 2009.